IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CARLA A. GAUTNEY | § | |
| VS. | § | CIVIL ACTION NO. 2:08cv281 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Charles Everingham. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. Petitioner filed objections to the Report; however, the objections exceeded the twenty-page limit. The Court struck the objections and extended Petitioner's deadline to file objections within the twenty-page limit. Rule CV-3, Local Rules for the Eastern District of Texas. Petitioner again filed objections to the Report. The Court has considered those objections and finds that they lack merit.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**; and

**ORDERS** that Petitioner is **DENIED** a certificate of appealability; and **ORDERS** that all motions not previously ruled on are denied.

SIGNED this 22ndday of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE